```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA             x
                                     x      03 Cr. 677 (SWK)
                                     x
              -against-              x      ORDER
                                     x
EMMANUEL EZEDIARO,                   x
                                     x
       Defendant.                    x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

By this Order, the Court finds that it is no longer necessary for documents pertaining to <u>United States v. Emmanuel Ezediaro</u>, 03 Cr. 677 (SWK), to remain under seal. Accordingly, in the interests of justice, it is hereby ordered that all documents in the aforementioned case file be unsealed.

SO ORDERED.

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         January 9, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/16/08

**COPIES MAILED**